```
1  Nancy Curry
   Chapter 13 Trustee
2  606 S. Olive Street, Suite 950
   Los Angeles, CA  90014
3  (213) 689-3014   FAX (213) 689-3055
4
                   UNITED STATES BANKRUPTCY COURT
5                   CENTRAL DISTRICT OF CALIFORNIA
```

| IN THE MATTER OF: | CHAPTER 13 |
|---|---|
| Hubert, Frank S.<br>Galicia-Hubert, Janet | CASE NO. LA 2:04-bk-35731 VK<br><br>TRUSTEE'S NOTICE OF CHANGE OF CREDITOR'S ADDRESS |
| Debtor | |

NOTICE IS HEREBY GIVEN TO DEBTOR AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified regarding change of creditor's address.  A copy of the initiating document is attached.

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| United States of America<br>c/o Goldsmith & Hull<br>16000 Ventura Blvd., #900<br>Encino, CA  91436-2760 | United States of America<br>c/o Goldsmith & Hull<br>16933 Parthenia St., Suite 110<br>North Hills, CA  91343-4571 |

Respectfully submitted,

Date: May 6, 2010                    /s/ Nancy Curry

Nancy Curry Chapter 13 Trustee                                    Check No. 620696
Pay to: 21000273  UNITED STATES OF AMERICA
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0435731-VZ | 416-0 | HUBERT, FRANK S. | C-75894 | 268.03 | 61.97 | 0.00 | 61.97 |

CURRY CHAPTER 13 TRUSTEE

'1725

es, CA 90071


$0.44 US POSTAGE
03/30/2010

```
          X 913 NFE 1 209F 00 04/03/10
FORWARD TIME EXP   RTN TO SEND
:GOLDSMITH & HULL
16000 PARTHENIA ST STE 110
NORTH HILLS CA 91343-4571
           RETURN TO SENDER
```

9143E007B002248

4/15/10
Cae

---

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
Suntrust Bank

64-79/611

No. 620696

PAY** Sixty One Dollars and 97 Cents************************************
TO THE ORDER OF                                    AMOUNT ******$61.97 ***

                                                   VOID AFTER June 28, 2010

UNITED STATES OF AMERICA
C/O GOLDSMITH & HULL
16000 VENTURA BLVD. STE 900
ENCINO, CA. 91436-2760                             Nancy Curry

⑆620696⑆ ⑉061100790⑉ 000000575200 ⑈

1       PROOF OF SERVICE BY MAIL

2   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

4   Re: Hubert, Frank S.
    Galicia-Hubert, Janet
5   LA 2:04-bk-35731 VZ

6
    I declare that I am over the age of 18 years and not a
7
    party to the within action; that I am employed by Nancy Curry,
8
    Chapter 13 Trustee; and that on May 6, 2010 I served the within
9
    **TRUSTEE'S NOTICE OF CHANGE OF CREDITOR'S ADDRESS** on all
10
    interested parties in this action by mail at the following
11
    address:
12
    Hubert, Frank S.                    Galicia-Hubert, Janet
13  25239 Bigelow Road, #1              23239 Bigelow Rd., #1
    Torrance, CA   90505                Torrance, CA   90505
14

15  Thomas B. Ure
    Ure Law Firm
16  811 Wilshire Blvd., #1000
    Los Angeles, CA   90017
17
    United States of America
18  c/o Goldsmith & Hull
    16933 Parthenia St., Suite 110
19  North Hills, CA   91343-4571

20
        I declare under penalty of perjury that the foregoing is
21
    true and complete to the best of my knowledge.
22
        Executed at Los Angeles, California on May 6, 2010.
23

24
                                /s/ Catherine A. Echeverria
25